IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH REINWAND,

                                                  JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                  15-cv-799-bbc

v.

FRANK BLACKBURN,

    Defendant.

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Joseph Reinwand's failure to state a claim.

| /s/ | 2/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |