United States District Court
Western District of Wisconsin

Joseph Reinwand,
    Plaintiff,

v.     Case No. 3:15-CV-00799-bbc

Frank Blackburn,
    Defendant.

DOC NO
REC'D/FILED
2016 MAR -9 AM 10: 26
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## Notice of Appeal

Notice is hereby given that the Plaintiff Joseph Reinwand, in the above entitled action hereby appeals to the United States Court of Appeals for the seventh circuit from the order of the United States District Court for the Western District of Wisconsin who dismissed Plaintiff's case for failure to state a claim entered by the District Court on Feb. 12th, 2016. Pursuant to USCS Fed. R. APP. P. 4 and rule 3.

Date: 3/3/16

Sincerely

*Joseph Reinwand*

Joseph Reinwand
CCI
PO Box 900
Portage WI 53901